| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|-----|------|-------|-------|-----------|-----|
| VM2 | 005209 | 003055 | | 0000190014 | 1 |

# Earnings Statement

**ADP**

GRIDER SUPPORT SERVICES LLC
424 MAIN ST SUITE 2000
BUFFALO, NY 14202

Period Beginning: 04/20/2026
Period Ending: 05/03/2026
Pay Date: 05/07/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Optional Higher Withholding Table

**JENNIFER WOLLABER**
**5441 MURPHY ROAD**
**LOCKPORT NY 14094**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 29.0000 | 80.00 | 2,320.00 | 18,879.00 |
| HOLIDAY | | | | 696.00 |
| PTO-Schedul | | | | 739.50 |
| SICK | | | | 377.00 |
| **Gross Pay** | | | **$2,320.00** | 20,691.50 |

Your federal taxable wages this period are
$2,059.19

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Pto | 1.62 | |
| Sick | 6.65 | |
| Totl Hrs Worked | 80.00 | |

| Deductions | Statutory | | year to date |
|------------|-----------|---|--------------|
| | Federal Income Tax | -163.26 | 1,311.83 |
| | Social Security Tax | -131.99 | 1,193.33 |
| | Medicare Tax | -30.86 | 279.08 |
| | NY State Income Tax | -86.28 | 781.58 |
| | NY SDI Tax | -1.20 | 10.80 |
| | NY Paid Family Leave Ins | -10.02 | 89.37 |
| | **Other** | | |
| | Den Pre Tax | -34.56* | 103.68 |
| | GARNISHMENT | -189.64 | 189.64 |
| | Med Pre Tax | -156.65* | 1,340.61 |
| | 401k | -69.60* | 620.75 |
| | **Net Pay** | **$1,445.94** | |
| | CHECKING 1 | -1,445.94 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
COMPANY PH#:(716) 898-5101

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information

Taxable Marital Status:
NY: Married
Exemptions/Allowances:
NY: 1

**\* Excluded from federal taxable wages**

© 2000 ADP, Inc.

GRIDER SUPPORT SERVICES LLC
424 MAIN ST SUITE 2000
BUFFALO, NY 14202

Advice number: 00000190014
Pay date: 05/07/2026

Deposited to the account of
JENNIFER WOLLABER



| | account number | transit ABA | amount |
|---|----------------|-------------|--------|
| | xxxxxx0264 | xxxx xxxx | $1,445.94 |

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|-----|------|-------|-------|-----------|-----|
| VM2 | 005209 | 003055 | | 0000170012 | 1 |

# Earnings Statement

**ADP®**

GRIDER SUPPORT SERVICES LLC
424 MAIN ST SUITE 2000
BUFFALO, NY 14202

Period Beginning: 04/06/2026
Period Ending: 04/19/2026
Pay Date: 04/23/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
 Federal: Optional Higher Withholding Table

**JENNIFER WOLLABER
5441 MURPHY ROAD
LOCKPORT NY 14094**

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 29.0000 | 80.00 | 2,320.00 | 16,559.00 |
| HOLIDAY | | | | 696.00 |
| PTO-Schedul | | | | 739.50 |
| SICK | | | | 377.00 |
| **Gross Pay** | | | **$2,320.00** | 18,371.50 |

| Deductions | Statutory | | |
|------------|-----------|-----|-----|
| | Federal Income Tax | -163.26 | 1,148.57 |
| | Social Security Tax | -131.98 | 1,061.34 |
| | Medicare Tax | -30.87 | 248.22 |
| | NY State Income Tax | -86.28 | 695.30 |
| | NY SDI Tax | -1.20 | 9.60 |
| | NY Paid Family Leave Ins | -10.02 | 79.35 |
| | **Other** | | |
| | Den Pre Tax | -34.56* | 69.12 |
| | Med Pre Tax | -156.65* | 1,183.96 |
| | 401k | -69.60* | 551.15 |
| | **Net Pay** | **$1,635.58** | |
| | CHECKING 1 | -1,635.58 | |
| | **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,059.19

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Pto | -1.46 | |
| Sick | 4.50 | |
| Totl Hrs Worked | 80.00 | |

**Important Notes**
COMPANY PH#:(716) 898-5101

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Taxable Marital Status:
 NY: Married
Exemptions/Allowances:
 NY: 1

© 2000 ADP, Inc.

GRIDER SUPPORT SERVICES LLC
424 MAIN ST SUITE 2000
BUFFALO, NY 14202

Advice number: 00000170012
Pay date: 04/23/2026

Deposited to the account of
JENNIFER WOLLABER

| | account number | transit ABA | amount |
|--|----------------|-------------|--------|
| | xxxxxx0264 | xxxx xxxx | $1,635.58 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

Case 1-26-10620-BUC, Doc 5, Filed 05/16/26, Entered 05/16/26 23:00:57,
Description: Main Document , Page 4 of 12

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|-----|------|-------|-------|-----------|-----|
| VM2 | 005209 | 003055 | | 0000150011 | 1 |

# Earnings Statement

**ADP®**

*GRIDER SUPPORT SERVICES LLC*
*424 MAIN ST SUITE 2000*
*BUFFALO, NY 14202*

Period Beginning: 03/23/2026
Period Ending: 04/05/2026
Pay Date: 04/09/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
  Federal: Optional Higher Withholding Table

**JENNIFER WOLLABER**
**5441 MURPHY ROAD**
**LOCKPORT NY 14094**

## Earnings

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 29.0000 | 69.00 | 2,001.00 | 14,239.00 |
| PTO-Schedul | 29.0000 | 11.00 | 319.00 | 739.50 |
| HOLIDAY | | | | 696.00 |
| SICK | | | | 377.00 |
| **Gross Pay** | | | **$2,320.00** | 16,051.50 |

## Deductions

| Statutory | | |
|-----------|---|---|
| Federal Income Tax | -163.26 | 985.31 |
| Social Security Tax | -131.99 | 929.36 |
| Medicare Tax | -30.87 | 217.35 |
| NY State Income Tax | -86.28 | 609.02 |
| NY SDI Tax | -1.20 | 8.40 |
| NY Paid Family Leave Ins | -10.02 | 69.33 |

| Other | | |
|-------|---|---|
| Den Pre Tax | -34.56* | 34.56 |
| Med Pre Tax | -156.65* | 1,027.31 |
| 401k | -69.60* | 481.55 |
| **Net Pay** | **$1,635.57** | |
| CHECKING 1 | -1,635.57 | |
| **Net Check** | **$0.00** | |

**\* Excluded from federal taxable wages**

Your federal taxable wages this period are
$2,059.19

### Other Benefits and Information

| | this period | total to date |
|---|-------------|---------------|
| Pto | -4.54 | |
| Sick | 2.34 | |
| Totl Hrs Worked | 69.00 | |

### Important Notes

COMPANY PH#:(716) 898-5101

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information

Taxable Marital Status:
  NY:                Married
Exemptions/Allowances:
  NY:                1

© 2000 ADP, Inc.

---

GRIDER SUPPORT SERVICES LLC
424 MAIN ST SUITE 2000
BUFFALO, NY 14202

Advice number:    00000150011
Pay date:          04/09/2026

Deposited to the account of
JENNIFER WOLLABER

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxx0264 | xxxx xxxx | $1,635.57 |



THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

**ADP**

BUFFALO BIODIESEL INC
225 SAWYER AVE
TONAWANDA, NY 14150

Period Beginning: 04/06/2026
Period Ending: 04/12/2026
Pay Date: 04/17/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

**BRIAN WOLLABER
5441 MURPHY ROAD
LOCKPORT NY 14094**

## Earnings

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30.0000 | 40.00 | 1,200.00 | 1,200.00 |
| Overtime | 45.0000 | 3.00 | 135.00 | 135.00 |
| Gross Pay | | | $1,335.00 | 1,335.00 |

## Deductions

| | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -34.04 | 34.04 |
| | Social Security Tax | -82.77 | 82.77 |
| | Medicare Tax | -19.36 | 19.36 |
| | NY State Income Tax | -60.67 | 60.67 |
| | NY SDI Tax | -0.60 | 0.60 |
| | NY Paid Family Leave Ins | -5.77 | 5.77 |
| **Net Pay** | | **$1,131.79** | |
| **Net Check** | | **$1,131.79** | |

Your federal taxable wages this period are
$1,335.00

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Workers Cmp Cst | 79.06 | 79.06 |
| Ytd Overtime | 3.00 | 3.00 |
| Totl Hrs Worked | 43.00 | |

### Important Notes

YOUR ER PHONE NUMBER IS 716-408-1399

BASIS OF PAY: HOURLY

### Additional Tax Withholding Information

Taxable Marital Status:
NY: Married
Exemptions/Allowances:
NY: 0

© 2000 ADP, Inc.

BUFFALO BIODIESEL INC
225 SAWYER AVE
TONAWANDA, NY 14150

92E
**Payroll check number: 0048585547**
Pay date: 04/17/2026

1-2/210

Pay to the
order of: **BRIAN WOLLABER**

This amount: ONE THOUSAND ONE HUNDRED THIRTY ONE AND 79/100 DOLLARS

$1131.79

ASSISTANCE WITH VERIFICATION AVAILABLE AT 877-423-7243

VOID NON-NEGOTIABLE VOID NON-NEGOTIABLE
VOID AFTER 180 DAYS





CHASE ○

162 Fifth Ave
New York, NY 10010

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|---|---|---|---|---|---|
| 92E | 002178 | 200001 | | 0000170008 | 1 |

# Earnings Statement

**ADP**

*BUFFALO BIODIESEL INC*
*225 SAWYER AVE*
*TONAWANDA, NY 14150*

Period Beginning: 04/13/2026
Period Ending: 04/19/2026
Pay Date: 04/24/2026

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

**BRIAN WOLLABER**
**5441 MURPHY ROAD**
**LOCKPORT NY 14094**

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 30.0000 | 40.00 | 1,200.00 | 2,400.00 |
| Overtime | 45.0000 | 5.67 | 255.15 | 390.15 |
| Gross Pay | | | $1,455.15 | 2,790.15 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -48.46 | 82.50 |
| | Social Security Tax | -90.22 | 172.99 |
| | Medicare Tax | -21.10 | 40.46 |
| | NY State Income Tax | -67.16 | 127.83 |
| | NY SDI Tax | -0.60 | 1.20 |
| | NY Paid Family Leave Ins | -6.29 | 12.06 |
| Net Pay | | $1,221.32 | |
| CHECKING 1 | | -1,221.32 | |
| Net Check | | $0.00 | |

Your federal taxable wages this period are
$1,455.15

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Workers Cmp Cst | 81.60 | 160.66 |
| Ytd Overtime | 8.67 | 11.67 |
| Totl Hrs Worked | 45.67 | |

**Important Notes**

YOUR ER PHONE NUMBER IS 716-408-1399

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**

Taxable Marital Status:
NY: Married
Exemptions/Allowances:
NY: 0

© 2000 ADP, Inc.

BUFFALO BIODIESEL INC
225 SAWYER AVE
TONAWANDA, NY 14150

Advice number: 00000170008
Pay date: 04/24/2026

Deposited to the account of
**BRIAN WOLLABER**

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx4332 | xxxx xxxx | $1,221.32 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 056 |
|-----|------|-------|-------|-----------|-----|
| 92E | 002178 | 200001 | | 0000180009 | 1 |

# Earnings Statement

**ADP®**

BUFFALO BIODIESEL INC
225 SAWYER AVE
TONAWANDA, NY 14150

| | |
|---|---|
| Period Beginning: | 04/20/2026 |
| Period Ending: | 04/26/2026 |
| Pay Date: | 05/01/2026 |

Filing Status: Married filing jointly
Exemptions/Allowances:
Federal: Standard Withholding Table

BRIAN WOLLABER
5441 MURPHY ROAD
LOCKPORT NY 14094

## Earnings

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 30.0000 | 40.00 | 1,200.00 | 3,600.00 |
| Overtime | 45.0000 | 5.22 | 234.90 | 625.05 |
| Gross Pay | | | $1,434.90 | 4,225.05 |

## Deductions

| Statutory | | |
|-----------|---|---|
| Federal Income Tax | -46.03 | 128.53 |
| Social Security Tax | -88.96 | 261.95 |
| Medicare Tax | -20.80 | 61.26 |
| NY State Income Tax | -66.06 | 193.89 |
| NY SDI Tax | -0.60 | 1.80 |
| NY Paid Family Leave Ins | -6.20 | 18.26 |
| Net Pay | $1,206.25 | |
| CHECKING 1 | -1,206.25 | |
| Net Check | $0.00 | |

Your federal taxable wages this period are
$1,434.90

## Other Benefits and Information

| | this period | total to date |
|---|-------------|---------------|
| Workers Cmp Cst | 81.17 | 241.83 |
| Ytd Overtime | 13.89 | 25.56 |
| Totl Hrs Worked | 45.22 | |

## Important Notes

YOUR ER PHONE NUMBER IS 716-408-1399

BASIS OF PAY: HOURLY

## Additional Tax Withholding Information

Taxable Marital Status:
NY: Married
Exemptions/Allowances:
NY: 0

© 2000 ADP, Inc.

BUFFALO BIODIESEL INC
225 SAWYER AVE
TONAWANDA, NY 14150

| Advice number: | 00000180009 |
|----------------|-------------|
| Pay date: | 05/01/2026 |

Deposited to the account of
BRIAN WOLLABER

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxx4332 | xxxx xxxx | $1,206.25 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

Case 1-26-10620-BUC,  Doc 5,  Filed 05/16/26,  Entered 05/16/26 23:00:57,
Description: Main Document , Page 11 of 12