# Notice Recipients

District/Off: 0209–1          User: admin          Date Created: 05/18/2026
Case: 1–26–10620–BUC          Form ID: 309A          Total: 25

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Brian J. Wollaber          5441 Murphy Road          Lockport, NY 14094
jdb          Jennifer E. Wollaber          5441 Murphy Road          Lockport, NY 14094
tr          Daniel E. Brick          91 Tremont Street          P.O. Box 604          North Tonawanda, NY 14120–0604
aty          Peter D. Grubea          Law Office of Peter D. Grubea          6225 Sheridan Drive          Suite 203          Williamsville, NY 14221
22092430          1895 Electric LLC          60 School St., Suite 1114          Orchard Park, NY 14127
22092431          Ally Financial, Inc          Attn: Bankruptcy          Po Box 380901          Bloomington, IL 55438
22092432          Bank of America          Attn: Bankruptcy          P.O.Box 15019          Wilmington, DE 19886
22092433          Capital One          AttN: Bankruptcy          Po Box 30285          Salt Lake City, UT 84130
22092434          Capitalone          Capital One, Attn: Bankruptcy          Po Box 30285          Salt Lake City, UT 84130
22092435          Cbe Group          Attn: Bankruptcy          Po Box 900          Waterloo, IA 50704
22092436          Citizens Bank NA          Attn: Bankruptcy One Citizens Plaza          Providence, RI 02903
22092437          Citizensbk          Attn: Bankruptcy          One Citizens Dr.          Providence, RI 02903
22092438          Credit One Bank          Attn: Bankruptcy Department          6801 Cimarron Rd          Las Vegas, NV 89113
22092439          Gm Financial          Attn: Bankruptcy          801 Cherry Street, Ste. 3500          Fort Worth, TX 76102
22092440          IC Systems, Inc          Attn: Bankruptcy          444 Highway 96 East P.O. Box 64378          St. Paul, MN 55164
22092441          JMAG, LLC          POB 282          Harrisburg, IL 62946
22092442          Kloss Stenger Gormley          69 Delaware Avenue          Buffalo, NY 14202
22092443          M&T Bank          PO Box 1288          Buffalo, NY 14240–1288
22092444          Syncb/JCI Home Design          Attn: Bankruptcy Dept          P.O. Box 965065          Orlando, FL 32896
22092445          Synchrony Bank/Care Credit          Attn: Bankruptcy          Po Box 965060          Orlando, FL 32896
22092446          Synchrony Bank/Gap          Attn: Bankruptcy Dept          P.O. Box 965065          Orlando, FL 32896
22092447          Synchrony/PayPal Credit          Attn: Bankruptcy          Po Box 965064          Orlando, FL 32896
22092448          Verizon Wireless          Attn: Bankruptcy Department          P.O.Box 408          Newark, NJ 07101
22092449          Volkswagen Credit, Inc          Attn: Bankruptcy          1401 Franklin Blvd.          Libertyville, IL 60048
22092450          Western Division Fcu          6750 Main St          Buffalo, NY 14221

TOTAL: 25