United States Bankruptcy Court

Western District of New York

In re:

Brian J. Wollaber

Jennifer E. Wollaber

    Debtors

Case No. 26-10620-BUC

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0209-1

Date Rcvd: May 18, 2026

User: admin

Form ID: 309A

Page 1 of 2

Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db/jdb | + | Brian J. Wollaber, Jennifer E. Wollaber, 5441 Murphy Road, Lockport, NY 14094-9278 |
| 22092430 | + | 1895 Electric LLC, 60 School St., Suite 1114, Orchard Park, NY 14127-7048 |
| 22092436 | | Citizens Bank NA, Attn: Bankruptcy One Citizens Plaza, Providence, RI 02903 |
| 22092442 | + | Kloss Stenger Gormley, 69 Delaware Avenue, Buffalo, NY 14202-3805 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| aty | | Email/Text: court@grubealaw.com | May 18 2026 18:21:00 | Peter D. Grubea, Law Office of Peter D. Grubea, 6225 Sheridan Drive, Suite 203, Williamsville, NY 14221 |
| tr | | EDI: QDEBRICK.COM | May 18 2026 22:23:00 | Daniel E. Brick, 91 Tremont Street, P.O. Box 604, North Tonawanda, NY 14120-0604 |
| 22092431 | + | EDI: GMACFS.COM | May 18 2026 22:23:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 22092432 | | EDI: BANKAMER | May 18 2026 22:23:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 22092433 | + | EDI: CAPITALONE.COM | May 18 2026 22:23:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 22092434 | + | EDI: CAPITALONE.COM | May 18 2026 22:23:00 | Capitalone, Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 22092435 | + | Email/Text: bankruptcynotices@cbecompanies.com | May 18 2026 18:21:00 | Cbe Group, Attn: Bankruptcy, Po Box 900, Waterloo, IA 50704-0900 |
| 22092437 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | May 18 2026 18:21:00 | Citizensbk, Attn: Bankruptcy, One Citizens Dr., Providence, RI 02903-1344 |
| 22092438 | + | Email/PDF: creditonebknotifications@resurgent.com | May 18 2026 18:27:50 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 22092439 | + | EDI: PHINAMERI.COM | May 18 2026 22:23:00 | Gm Financial, Attn: Bankruptcy, 801 Cherry Street, Ste. 3500, Fort Worth, TX 76102-6854 |
| 22092440 | + | EDI: LCIICSYSTEM | May 18 2026 22:23:00 | IC Systems, Inc, Attn: Bankruptcy, 444 Highway 96 East P.O. Box 64378, St. Paul, MN 55164-0378 |
| 22092441 | | Email/Text: paige@jmagllc.com | May 18 2026 18:21:00 | JMAG, LLC, POB 282, Harrisburg, IL 62946 |
| 22092443 | | Email/Text: camanagement@mtb.com | May 18 2026 18:21:00 | M&T Bank, PO Box 1288, Buffalo, NY 14240-1288 |
| 22092444 | + | EDI: SYNC | May 18 2026 22:23:00 | Syncb/JCI Home Design, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 22092445 | + | EDI: SYNC | May 18 2026 22:23:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy, |

| | | | |
|---|---|---|---|
| | | | Po Box 965060, Orlando, FL 32896-5060 |
| 22092446 | + EDI: SYNC | May 18 2026 22:23:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 22092447 | + EDI: SYNC | May 18 2026 22:23:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 22092448 | + EDI: VERIZONCOMB.COM | May 18 2026 22:23:00 | Verizon Wireless, Attn: Bankruptcy Department, P.O.Box 408, Newark, NJ 07101-0408 |
| 22092449 | + EDI: G2RSVOLKSWGN | May 18 2026 22:23:00 | Volkswagen Credit, Inc, Attn: Bankruptcy, 1401 Franklin Blvd., Libertyville, IL 60048-4460 |
| 22092450 | + Email/Text: bankruptcy@westerndivision.org | May 18 2026 18:21:00 | Western Division Fcu, 6750 Main St, Buffalo, NY 14221-5947 |

TOTAL: 20

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2026                    Signature:        /s/Gustava Winters

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Brian J. Wollaber** | Social Security number or ITIN: **xxx–xx–4245** |
| | First Name  Middle Name  Last Name | |
| Debtor 2 (Spouse, if filing) | **Jennifer E. Wollaber** | Social Security number or ITIN: **xxx–xx–4648** |
| | First Name  Middle Name  Last Name | |
| United States Bankruptcy Court **Western District of New York** | Date case filed for chapter **7  May 16, 2026** | |
| Case number:  **1–26–10620–BUC** | | |

Official Form 309A (For Individuals or Joint Debtors)                    10/2020

## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered. This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**
**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Brian J. Wollaber | Jennifer E. Wollaber |
| 2. | **All other names used in the last 8 years** | | fka Jennifer E. Seitler |
| 3. | **Address** | 5441 Murphy Road Lockport, NY 14094 | 5441 Murphy Road Lockport, NY 14094 |
| 4. | **Debtor's attorney** Name and address | Peter D. Grubea Law Office of Peter D. Grubea 6225 Sheridan Drive Suite 203 Williamsville, NY 14221 | Contact phone  716–853–1366 |
| 5. | **Bankruptcy trustee** Name and address | Daniel E. Brick 91 Tremont Street P.O. Box 604 North Tonawanda, NY 14120–0604 | Contact phone (716)693–2335 |

**For more information, see page 2 >**

Case 1-26-10620-BUC,   Doc 10,   Filed 05/20/26,   Entered 05/21/26 00:38:11, Description: Imaged Certificate of Notice, Page 3 of 4

| | | |
|---|---|---|
| **6.** **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Robert H. Jackson U.S. Courthouse<br>2 Niagara Square<br>Buffalo, NY 14202<br><br>Website: http://www.nywb.uscourts.gov | Hours open: 8:00 a.m. to 4:30 p.m.<br>Monday – Friday<br><br>Contact phone (716) 362–3200<br><br>Date: May 18, 2026 |
| **7.** **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 24, 2026 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 568 131 5407, and Passcode 2737630578, OR call 1 (716) 256–2526**<br><br>For additional meeting information go to www.justice.gov/ust/moc |
| **8.** **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | Filing deadline: **August 24, 2026** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                page **2**